# Court of Appeals
# of the State of Georgia

ATLANTA, __December 08, 2015__

*The Court of Appeals hereby passes the following order:*

**A16A0487.  JAVON ANTHONY TRUSS v. THE STATE.**

Javon Truss has appealed to this Court from a trial court order purportedly entered on January 5, 2015, denying his motion to vacate a void sentence.  No such written order, however, appears in the paper record or record index transmitted to this Court, and the clerk of the trial court has advised that no such written order exists.  We note that the trial court's online docket contains an entry also dated January 5, 2015, designated "Event Outcome," which states "Denied – Motion to Correct Sentence."  This entry, however, does not constitute a final, appealable order such as is required to invoke this Court's appellate jurisdiction.  See OCGA § 5-6-34 (a) (1) (appeals may be taken to this Court from "final judgments"); id. § 5-6-31 ("The filing with the clerk of a judgment, *signed by the judge*, constitutes the entry of a judgment within the meaning of this article." (emphasis added)).

Given the apparent absence of a written ruling signed by the trial judge, we have nothing to review.  See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) (this Court is for the correction of errors and will not consider issues on which the trial court has not ruled).  Accordingly, this appeal is hereby DISMISSED as premature.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____12/08/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*